# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERRIT QUARUM, MD, | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) Civ. No. 19-812-CFC ) |
| MITCHELL INTERNATIONAL, INC., | ) ) |
|     Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

As FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) permits, the Plaintiff dismisses this action without prejudice.

Dated:  August 19, 2019
        Wilmington, Delaware

                                      Respectfully submitted,

                                      **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

                                      */s/ David P. Primack*
                                      David P. Primack (No. 4449)
                                      300 Delaware Avenue, Suite 770
                                      Wilmington, Delaware 19801
                                      Tel.:    (302) 300-4515
                                      Fax:    (302) 654-4031
                                      Email:    dprimack@mdmc-law.com

                                      *Counsel to the Plaintiff,*
                                      *Merrit Quarum, M.D.*